Case 13-22346    Filed 03/11/13    Doc 24




UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 13-22346-C-13
                                          )
J. PEDRO ZARATE,                          )
                                          )
                                          )
              Debtor(s).                  )
_____)

**ORDER DETERMINING THAT THE AUTOMATIC STAY IN NOT IN EFFECT**

Pursuant to 11 U.S.C. § 362(a)(4)(A), the automatic stay did not go into effect upon the fling of the instant chapter 13 case on February 22, 2013, because the debtor had two single cases pending within the year prior to February 22, 2013. Case No. 11-48088, filed December 1, 2011 (the debtor's fourth case since October 3, 2008), was dismissed March 28, 2012. In addition, Case No. 12-26252, filed March 30, 2012, was dismissed September 11, 2012. There having been two prior cases involving the same debtor pending within the year prior to February 22, 2013, the automatic stay is not in effect.

SO ORDERED.

Dated: March 11, 2013.

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

J. Pedro Zarate
8192 Creek Estates Way
Sacramento CA 95829

David Cusick
PO Box 1858
Sacramento CA 95812-1858

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento CA 95814

Judith A Whitehouse
50 Old Courthouse Sq 5th Fl
Santa Rosa CA 95404

Michael D. Mandell
3650 Mt Diablo Blvd #130
Lafayette CA 94549

Cori B. Jones
1231 E Dyer Rd #100
Santa Ana CA 92705

Cori B. Jones
1231 E Dyer Rd #100
Santa Ana CA 92705

Dated: 3/12/13

_____
DEPUTY CLERK

- 2 -