# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | J. Pedro Zarate | **Case No :** | 13–22346 – C – 13C |
| | | **Date :** | 9/10/13 |
| | | **Time :** | 02:00 |

| | |
|---|---|
| **Matter :** | [92] – Motion/Application to Convert Case From Chapter 13 to Chapter 7 [DMW–1] Filed by Creditor Sterling Savings Bank (Fee Paid $25) (jlns) |
| **Judge :** | Ronald H. Sargis |
| **Courtroom Deputy :** | Janet Larson |
| **Reporter :** | Diamond Reporters |
| **Department :** | C |

**APPEARANCES for :**
**Movant(s) :**
    Creditor's Attorney – David Wiseblood
**Respondent(s) :**
    Debtor – J. Pedro Zarate
    Neil Enmark (for the Trustee)

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Convert Case From Chapter 13 to Chapter 7 filed by Sterling Savings Bank having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that Motion to Convert the Case is granted and the case is converted to one under Chapter 7.

Dated: September 16, 2013

By the Court

*/s/ Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court