# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

---

| | | | |
|---|---|---|---|
| **Case Title :** | J. Pedro Zarate | **Case No :** | **13–22346 – C – 7** |
| | | **Date :** | 1/7/14 |
| | | **Time :** | 09:30 |

**Matter :**      [235] – Motion/Application to Compel [SLF–3] Filed by Trustee Geoffrey Richards (rgaf)

**Judge :**      Christopher M. Klein
**Courtroom Deputy :**      Danielle Hendricks
**Reporter :**      Diamond Reporters
**Department :**      C

---

**APPEARANCES for :**
**Movant(s) :**
(by phone)      Trustee's Attorney – Dana A. Suntag
**Respondent(s) :**
None

---

### CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted. Turn over of the property identified in the motion is effective immediately.

Dated: January 10, 2014

_____
United States Bankruptcy Judge