

HERUM\CRABTREE\SUNTAG
A California Professional Corporation
DANA A. SUNTAG (California State Bar No. 125127)
LORIS L. BAKKEN (California State Bar No. 215033)
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone: (209) 472-7700
Facsimile:  (209) 472-7986

Attorneys for Chapter 7 Trustee
GEOFFREY RICHARDS

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

J. PEDRO ZARATE,

Debtor.

NO: 13-22346-C-7

DC No.: HCS 2

**CHAPTER 7 TRUSTEE GEOFFREY RICHARDS' MOTION TO COMPROMISE CONTROVERSY**

Date: March 25, 2014
Time: 9:30 a.m.
Place:  Department C
The Honorable Christopher M. Klein

Chapter 7 Trustee Geoffrey Richards moves for authorization to compromise the lawsuit entitled *Sterling Bank v. Pedro Zarate, et al.*, San Joaquin County Superior Court Case No. 39-2012-00282906-CU-OR-STK (the "Lawsuit"), against the Debtor. In the Lawsuit, the Bank is seeking specific performance under a promissory note entered into between the Debtor and Bank on November 7, 2001.  In the Lawsuit, the Bank sought the appointment of a receiver with respect to real property located on East Lindsay Street, Stockton, California (the "Real Property"), that was security for a commercial loan that the Bank's predecessor (Sonoma National Bank) made to the Debtor on November 7, 2001, in the amount of $85,750 (the "Note").

CHAPTER 7 TRUSTEE'S
MOTION TO COMPROMISE CONTROVERSY        1



The Debtor has filed a second amended cross-complaint (the "Cross-Complaint"), in which he is seeking damages for 10 causes of action summarized as follows: fraudulent inducement; breach of fiduciary duty; declaratory relief as to property interest; slander of title; improper foreclosure; and quiet title (the "Claims").

The controversy is whether the Bank is liable to the bankruptcy estate under the Cross-Complaint.

Under the proposed compromise the Bank will pay the estate $20,000 to settle the Claims and to purchase all of the bankruptcy estate's right, title, and interest in and to the Claims. The Trustee's sale of the Claims to the Bank will be free and clear of all liens, claims, or interests to the fullest extent provided by applicable bankruptcy law. In return, the Trustee will dismiss the Cross-Complaint and will not seek any additional relief from Bank on account of the Cross-Complaint.

Mr. Richards believes the compromise is in the best interest of the estate and the Court should approve it under Federal Rule of Bankruptcy Procedure 9019(a) and grant such other relief as is just and proper.

Dated: February 25, 2014

HERUM\CRABTREE\SUNTAG
A California Professional Corporation


By: _/s/ Dana A. Suntag_
DANA A. SUNTAG
Attorneys for Chapter 7 Trustee
GEOFFREY RICHARDS