# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | J. Pedro Zarate | **Case No :** | 13–22346 – C – 7 |
| | | **Date :** | 7/1/14 |
| | | **Time :** | 09:30 |
| **Matter :** | [276] – Motion/Application to Compromise Controversy/Approve Settlement Agreement with Sterling Bank [HCS–2] Filed by Trustee Geoffrey Richards (jgis) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Danielle Hendricks | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
   Trustee – Geoffrey Richards
(by phone)   Trustee's Attorney – Dana A. Suntag
**Respondent(s) :**
   Debtor – J. Pedro Zarate
   Creditor's Attorney – David Wiseblood


MOTION was :
Submitted


ORDER TO BE PREPARED BY :      Chambers