```
FILED
JUL - 7 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

J. PEDRO ZARATE
8912 Creek Estates Way
Sacramento, California 95829

Tel: (916) 525-1257

Attorney *In Pro Per*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re: <br><br> J. PEDRO ZARATE, <br><br>                     Bankruptcy Debtor. | Case No.:  13-22346-C-7 <br> DC No.:    HCS 2 <br><br> REPLY OF J. PEDRO ZARATE TO RESPONSE OF UMPQUA BANK REPRESENTATIVES; |

Representatives for Umpqua Bank did file response to my notice of intent to continue mediation; rather than the Bankruptcy Debtor's "objection against compromise" being somehow obfuscated, the Bankruptcy Debtor "guides" representatives for Umpqua Bank: You asserted "the bank" when multiple banks are involved, you asserted "the bank" when your client qualifies for "co-plaintiff" with Bankruptcy Debtor J. Pedro Zarate. In mitigation, the Bankruptcy Debtor J. Pedro Zarate hereby GIVES NOTICE of mitigation with representatives for UMPQUA BANK: Dear representatives for Umpqua Bank, any "as-is" provision of your having obtained "seeming title" cannot harm your interests, if the proposed "seller" never had sufficient capacity-or-authorization-for-sale. Keys can change hands 19 times, but if without authority-for-sale, a sale

REPLY OF J. PEDRO ZARATE TO RESPONSE OF UMPQUA BANK REPRESENTATIVES; DECLARATION OF BANKRUPTCY DEBTOR J. PEDRO ZARATE SUPPORTING RESPONSE OF J. PEDRO ZARATE    Page 1 of 3

never happened, rather than your client's suffering harm from illegitimate sale. Save yourself some costs and, rather than allow your client be defendant, allow they be co-plaintiff with J. Pedro Zarate, since costs are MUCH LESS (in mitigation for your client) as co-plaintiff status, rather than your client's SADLY becoming defendant who then seeks subrogation at unnecessary defense since "illegitimate sale" occurred, "illegitimate foreclosure attempt" occurred, "illegitimate mortgage enforcement (threats)" occurred of entities "merely authorized to COLLECT RATHER THAN ENFORCE/THREATEN, AND CERTAINLY NO AUTHORITY-TO-FORECLOSE.

Notice to the Trustee IN LIGHT OF recent saddening "notice of intent to continue mediation in anticipation of initial judicial mediation conference":  Exhibits are not enough. Insufficient parties are served at pending state court suit.  How can a case be settled for the wrong amount or compromised when discovery "already submitted" is unverified (continues undone), depositions of many parties just discovered, known and unknown and to be discovered, are still to be made, when authentication of documents (undone) (undone), and when new necessary parties have become known. (continues undone).

   Exhibits are not enough, authentication incomplete as well (each who helped a proposed sale happen must authenticate their created documents/instruments, or, otherwise, unauthenticated they are; legal maxim:  where there is no record of a legal proceeding, the existence "of" that legal proceeding is *inexorably* in doubt) and, so, and of other factors also, "Bankruptcy Debtor's acceptable settlement amount has risen to 40% of the total claim and punitives (has risen to USD392,000.00, the amount acceptable for settlement is now USD392,000.00.)"

**NOTICE TO THE COURT:  See concurrently filed Declaration of J. Pedro Zarate in support** IN ORDER TO CORRECT DEBTOR CREDIBILITY BASED ON CERTAIN POSTED INFORMATION IN THE SCHEDULES, **this reply to Umpqua Bank representatives'**

**And response to Bankruptcy Debtor J. Pedro Zarate's "notice of intent to continue mediation in anticipation of initial judicial mediation conference."**

///

///

///

Dated: July 7, 2014                              Respectfully submitted,

_____
J. PEDRO ZARATE, Bankruptcy Debtor

REPLY OF J. PEDRO ZARATE TO RESPONSE OF UMPQUA BANK REPRESENTATIVES; DECLARATION OF BANKRUPTCY DEBTOR J. PEDRO ZARATE SUPPORTING RESPONSE OF J. PEDRO ZARATE    Page **3** of **3**