UNITED STATES BANKRUPTCY COURT,

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>    J. PEDRO ZARATE,<br><br>                Debtor.<br><br>Address:   8192 Creek Estates Way<br>                Sacramento, California 95829<br><br>Last four digits of<br>Social Security No.: 1213 | Bankruptcy Case No. 13-22346-C- 7<br><br>DC No.: HCS 2<br><br>Chapter 7 |

FILED
JUL 2 2 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

$0.00

## NOTICE OF APPEAL

J. Pedro Zarate, Debtor appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, decree of the bankruptcy judge, ordering the approval of Chapter 7 Geoffrey Richard's Motion to Compromise Controversy entered on the ninth day of July, 2014.

The names of all parties to the judgment, order, or decree appealed from the names, addresses, and telephone numbers of their respective attorneys are as follows:

**APPELLANT:**

1.  **J. Pedro Zarate**　　　　　　　　　　　J. Pedro Zarate
　　　　　　　　　　　　　　　　　　　　　8192 Creek Estates Way
　　　　　　　　　　　　　　　　　　　　　Sacramento, California 95829

　　　　　　　　　　　　　　　　　　　　　**Tel: (916) 525-1257**

**APPELLEES:**

1.  Umpqua Bank　　　　　　　　　　　　CT Corporation System
　　(Sterling Bank)　　　　　　　　　　　Agent for Service of Process
　　　　　　　　　　　　　　　　　　　　　818 West Seventh Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90017

*Notice of Appeal*　　　　　　　　　　　　-1-

| | | |
|---|---|---|
| 2. | Attorney for Umpqua Bank: | David M. Wiseblood<br>Law Offices of David M. Wiseblood<br>601 Montgomery Street, Suite 2000<br>San Francisco, California. 94111<br>**Tel: (415) 547-2700** |
| 3. | Bankruptcy Trustee: | Geoffrey Richards<br>P.O. Box 579<br>Orinda, California 94563 |
| 4. | Attorney for Trustee: | Dana A. Suntag<br>Loris L Bakken<br>HERUM\CRABTREE\SUNTAG<br>A California Professional Corporation<br>5757 Pacific Avene, Suite 222<br>Stockton California, 95207<br>**Tel (209) 472-7700** |

Dated: July 22, 2014.

Signed: _____
J. Pedro Zarate

Attorney Name: _____
J. Pedro Zarate , *In Pro Per*

Address: 8192 Creek Estates Way
Sacramento, California 95829

Telephone Number: (916) 525-1257

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C § 158©, to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, ant if the child support creditor or its representative files the form specified in § 304(g), of the Bankruptcy Reform Act of 1994, no fee is required.*

*Notice of Appeal*                             -2-